UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEMONI PETERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendant. | No. 2:24-cv-1794 CSK P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff did not file his application for leave to proceed in forma pauperis on the form used by this district.[1]  Accordingly, plaintiff's application is dismissed, and plaintiff is provided the opportunity to submit the application on the appropriate form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

---

[1] Plaintiff's certified trust account statement was filed on July 1, 2024.  (ECF No. 4.)

1

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis on the form used by this district. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: July 8, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/pete1794.3d

2