UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEMONI PETERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CDCR, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-1794 TLN CSK P<br><br><br>ORDER |

On July 22, 2024, plaintiff filed a motion for extension of time to file an application to proceed in forma pauperis.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.[1]

Dated:  July 29, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/cw/1/pete1794.36

---

[1] Plaintiff's certified trust account statement was filed on July 1, 2024. (ECF No. 4.)